IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| AbbVie Inc. a Delaware corporation; et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Drew H. Wrigley, in his official capacity as ) <br> the Attorney General of North Dakota; et al., ) <br> ) <br> Defendants. ) | **ORDER REASSIGNING CASES** <br><br> Case No. 1:25-cv-81 |
| Astrazeneca Pharmaceuticals LP, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Drew H. Wrigley, in his official capacity as ) <br> the Attorney General of North Dakota; et al., ) <br> ) <br> Defendants. ) | Case No. 1:25-cv-182 |
| Pharmaceutical Research and Manufacturers ) <br> of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Drew H. Wrigley, in his official capacity as ) <br> the Attorney General of North Dakota; et al., ) <br> ) <br> Defendants. ) | Case No. 1:25-cv-204 |

After Case No. 1:25-cv-81 was opened on April 10, 2025, related cases (Case Nos. 1:25-cv-182 and 1:25-cv-204) were filed in the district. Case No. 1:25-cv-182 was opened on August 1, 2025, and initially was directly assigned to Magistrate Judge Clare Hochhalter. Case No. 1:25-cv-204 was removed from Burleigh County state district court to federal district court on August 20, 2025, assigned to Judge Daniel Traynor, and identified the previously filed federal cases as being

2

related. The undersigned acknowledges all three cases challenge H.B. 1473. In the interests of judicial economy and to conserve judicial resources, Case Nos. 1:25-cv-81 and 1:25-cv-182 are **REASSIGNED** to Judge Daniel Traynor.

    **IT IS SO ORDERED**.

    Dated this 4th day of September, 2025.

                                                */s/ Peter D. Welte*
                                                Peter D. Welte, Chief Judge
                                                United States District Court