IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DREW H. WRIGLEY,** in his official capacity as Attorney General of North Dakota, *et. al.*,<br><br>*Defendants*. | **Civil No. 1:25-cv-00204-DMT-CRH** |

**JOINT MOTION TO ADOPT SCHEDULING ORDER
AND CANCEL SCHEDULING CONFERENCE**

In accordance with the Court's order dated September 2, 2025 (ECF No. 3) and Rule 26(f) of the Federal Rules of Civil Procedure, the Parties have conferred and propose that the Court adopt a schedule for this matter as outlined below. The proposed schedule below corresponds with a Scheduling Order governing the related *AbbVie* litigation,[1] which involves overlapping claims challenging the same North Dakota statute. The Parties therefore submit that adopting this proposal may facilitate the Court's orderly adjudication of both cases.

**1. This case is amenable to resolution by cross-motions for summary judgment.**

The Parties submit that this case can be resolved on cross-motions for summary judgment, without motions seeking preliminary relief. The Parties do not consent to have the merits of this dispute adjudicated by a magistrate judge. *See* D.N.D. Civ. L. R. 72.1(B)(4).

**2. Proposed discovery plan.**

The parties agree that discovery is not necessary to resolve the issues in this case.

---

[1] *See Abbvie Inc., et al. v. Wrigley, et al.*, No. 1:25-cv-81 (D.N.D.), ECF No. 23.

1

**3. Proposed schedule for summary judgment briefing.**

The Parties do not presently anticipate moving to join other parties, to amend the pleadings, or to file other non-dispositive motions that would warrant the Court establishing a filing deadline. If for good cause shown the Court grants any motion to join additional parties or to amend the pleadings, the Parties submit that it would be appropriate for the Parties to then propose an alternative schedule to govern these proceedings.

The Parties propose the following schedule and page limits for briefing cross motions for summary judgment in this matter (with the proposed page limits excluding the case caption and signature blocks, as well as any tables of contents, tables of authorities, attached exhibits, tables of exhibits, and certificates of service):

| Filing / Action | Due Date | Page limit |
| --- | --- | --- |
| Plaintiff's motion for summary judgment and memorandum in support | Wed., Oct. 15, 2025 | 45 |
| Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion | Mon., Nov. 17, 2025 | 45 |
| Plaintiff's combined reply in support of motion and response to Defendants' cross-motion | Wed., Dec. 17, 2025 | 25 |
| Defendants' reply in support of cross-motion for summary judgment | Tue., Jan. 20, 2026 | 25 |
| Oral Argument | The Parties request oral argument, to be set on a date convenient for the Court | n/a |

**4. Cancellation of scheduling conference.**

If the Court adopts this proposed schedule, the Parties respectfully submit that the telephonic scheduling conference currently set for September 26, 2025 at 10:00am (ECF No. 11) may no longer be necessary, and in that event would request that the Court cancel the conference.

**5. No waiver of right to move for modification of schedule or seek other relief.**

By proposing this joint scheduling order, no Party intends to waive any rights that they may have to move for modification of the briefing schedule based on changed circumstances or for good cause otherwise shown, or to seek other relief from the Court.

Dated: September 11, 2025

Respectfully submitted,

DREW H. WRIGLEY
Attorney General of North Dakota

/s/ *Ryan C. McCamy*
Ryan C. McCamy, ND ID #06420
Conmy Feste Ltd.
3369 45th Street South
Fargo, ND 58104
Telephone: (701) 293-9911
rmccamy@conmylaw.com

Philip J. Perry (*pro hac vice*)
Andrew D. Prins (*pro hac vice*)
Abid R. Qureshi (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
philip.perry@lw.com

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*

/s/ *Philip Axt*
PHILIP AXT
Solicitor General
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Tel: (701) 328-2210
Email: pjaxt@nd.gov

ROBERT T. SMITH
Special Assistant Attorney General
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel: (202) 625-3616
Email: robert.smith1@katten.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing Joint Proposed Scheduling Order with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

/s/ *Robert T. Smith*
ROBERT T. SMITH
Special Assistant Attorney General
*Counsel for Defendants*