IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**DREW H. WRIGLEY,** in his official capacity as Attorney General of North Dakota, *et al.*,<br><br>*Defendants*. | PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT<br><br>Case No. 1:25-cv-00204-DMT-CRH |

Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") filed its motion for summary judgment on October 15, 2025. PhRMA respectfully submits that the complex issues presented in this case warrant oral argument. Accordingly, pursuant to D.N.D. Civ. L. R. 7.1(E), PhRMA hereby moves the Court to hold oral argument on its summary judgment motion at a date and time convenient for the Court.

Dated: October 15, 2025

Respectfully submitted,

 /s/ Ryan C. McCamy
Ryan C. McCamy, ND ID #06420
Conmy Feste Ltd.
3369 45th Street South
Fargo, ND 58104
Telephone: (701) 293-9911
rmccamy@conmylaw.com

And:

Philip J. Perry*
Andrew D. Prins*
Abid. R. Qureshi*
Latham & Watkins LLP

1

2

555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
philip.perry@lw.com
andrew.prins@lw.com
abid.qureshi@lw.com

*Admitted pro hac vice*

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ Ryan C. McCamy<br>
Ryan C. McCamy