**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| ABBVIE INC., et. al., <br><br>     *Plaintiffs*, <br><br> *v.* <br><br> DREW H. WRIGLEY, *et al.,* <br><br>     *Defendants*. | **No. 1:25-cv-00081-DMT-CRH** |
| ASTRAZENECA PHARMACEUTICALS LP, <br><br>     *Plaintiffs*, <br><br> *v.* <br><br> DREW H. WRIGLEY, *et al.,* <br><br>     *Defendants*. | **No. 1:25-cv-00182-DMT-CRH** |
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, <br><br>     *Plaintiff*, <br><br> *v.* <br><br> DREW H. WRIGLEY, *et al.,* <br><br>     *Defendants*. | **No. 1:25-cv-00204-DMT-CRH** |

**DEFENDANTS' RESPONSE TO COURT'S ORDERS
TO SHOW CAUSE DATED DECEMBER 29, 2025**

Defendants Drew H. Wrigley, in his official capacity as Attorney General of North Dakota, and Carolyn Bodell, Tanya L. Schmidt, Tyler G. Lannoye, Shane R. Wendel, Kevin J. Oberlander, Diane Halvorson, Ron Horner, and Mark J. Hardy, in their official capacity as members of the North Dakota Board of Pharmacy, respectfully submit this Response to the Court's Orders to Show Cause dated December 29, 2025 in *AbbVie Inc. v. Wrigley*, No. 1:25-cv-81 (Dkt. No. 50); *AstraZeneca Pharmaceuticals LP v. Wrigley*, No. 1:25-cv-182 (Dkt. No. 46); and *Pharmaceutical Research and Manufacturers of America v. Wrigley*, No. 1:25-cv-204 (Dkt. No. 40).

1

Defendants do not oppose consolidation of these three cases for administrative and logistical convenience.

As the Court observed, the Plaintiffs in these three cases bring overlapping pre-enforcement challenges to H.B. 1473, all seeking a permanent injunction against the same statute's enforcement. Defendants have not previously sought formal consolidation because the Court ordered concurrent dispositive briefing schedules in all three matters, enabling the cases to have a joint hearing and/or decision at the Court's convenience. Defendants have no objection to formally consolidating all three dockets if that is the Court's preference. Indeed, if some of the currently scheduled dispositive motions were to be denied in full or in part, there may be efficiencies from consolidation for aligning the schedules of all three cases going forward.

For the sake of disclosure, Defendants note that these three cases are presently in slightly different postures—motions for summary judgment are pending in the *AbbVie* and *PhRMA* cases, whereas a motion for judgment on the pleadings is pending in the *AstraZeneca* case. In the *AstraZeneca* case, but not in the others, the parties are also currently engaged in limited fact discovery. However, those differences should not necessarily preclude consolidation. *Cf., e.g.*, *Campo v. Nat'l Creditors Connection, Inc.*, No. 12-cv-1405, 2014 WL 6674607, at *3 (E.D.N.Y. Nov. 25, 2014) ("The fact that discovery has progressed further in one action should not, standing alone, prevent consolidation and may, in fact, even favor it) (cleaned up); *Harrell v. Tutt, Taylor & Rankin Real Est. LLC*, No. 1:20-cv-1347, 2020 WL 9348161, at *3 (E.D. Va. Dec. 9, 2020) ("Rule 42(a) does not absolutely bar consolidation in all cases in which the 'procedural posture and trial readiness of each case is different.'") (citation omitted).

Dated: January 2, 2026                          Respectfully submitted,

                                                DREW H. WRIGLEY
                                                Attorney General of North Dakota

                                                /s/ *Philip Axt*
ROBERT T. SMITH                                 PHILIP AXT
TIMOTHY H. GRAY                                 Solicitor General
Special Assistant Attorneys General            600 E. Boulevard Ave., Dept. 125
1919 Pennsylvania Ave., N.W., Suite 800         Bismarck, ND 58505
Washington, DC 20006                            701-328-2210
202-625-3616                                    pjaxt@nd.gov
robert.smith1@katten.com
timothy.gray@katten.com

                        *Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing Response to Court's Orders to Show Cause Dated December 29, 2025 with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.


/s/ Robert T. Smith
ROBERT T. SMITH
Special Assistant Attorney General
*Counsel for Defendants*